UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRVEN WADE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA AND THE CLARK COUNTY BOARD OF COMMISSIONERS,<br><br>    Defendants. | Case No. 2:18-CV-01927-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Motion for Mandatory Settlement Conference filed by University Medical Center of Southern Nevada (ECF No. 46). The Court has considered the Motion and Plaintiff's Opposition thereto.

When parties disagree about whether to participate in a settlement conference, the Court doubts the likelihood of success of such a conference. Further, in this case, the parties have been discussing settlement for a significant period of time and have not come to an agreement. This casts additional doubt on the likelihood of success. The Court is more than willing to conduct a settlement conference; however, before setting one, the Court requires the parties to meet and confer, not to discuss settlement, but to discuss whether to participate in a settlement conference.

Accordingly, IT IS HEREBY ORDERED that University Medical Center's Motion for Mandatory Settlement Conference (ECF No. 50) is DENIED without prejudice.

IT IS FURTHER ORDERED that the parties shall, within ten (10) days of the date of this Order, participate in a telephonic or videoconference meet and confer to discuss whether participating in a settlement conference is fruitful.

IT IS FURTHER ORDERED that the parties shall file a Report with the Court no later than fifteen (15) days after the date of this Order advising on the outcome of the meet and confer.

DATED: January 14, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE