# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IRVEN WADE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNNIVERSITY MEDICAL CENTER<br>OF SOUTHERN NEVADA, et al.,<br><br>*Defendant*. | Case No.: 2:18-CV-1927-RFB-EJY<br><br>~~PROPOSED~~ DISCOVERY ORDER |

**NOW COMES PLAINTIFF**, by and through his attorneys, seeking to reopen discovery for sixty (60) days, as per Local rule 26-1 and this Court's order (ECF No. 56.).

**Dated**: February 17, 2023

**EISENBERG & BAUM, LLP**

_____
Andrew Rozynski
Reyna N. Lubin
24 Union Square East, Penthouse
New York, New York 10003
arozynski@eandblaw.com
rlubin@eandblaw.com

**IT IS SO ORDERED.**

_____
**ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**

**DATED: February 27, 2023**