UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IRVIN WADE,<br><br>             Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER<br>Of SOUTHERN NEVADA.,<br><br>             Defendant. | Case No. 2:18-cv-01927-RFB-EJY<br><br>MINUTES OF THE COURT<br><br>DATED: <u>October 02, 2023</u> |

THE HONORABLE **RICHARD F. BOULWARE, II.**  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   <u>Darci Smith</u>            THE COURT REPORTER   <u>Patricia Ganci</u>

COUNSEL FOR PLAINTIFF   <u>Andrew Rozynski, David John Hommel, Jr, Reyna Lubin</u>

COUNSEL FOR DEFENDANT   <u>Andrew Green and  Mark Roach</u>

COURT INTEPRETERS:   <u>Cindy Bender, CSC,ESC;L and Cheryl Pfeiffer, CSC, ESC;2</u>

MINUTES OF PROCEEDINGS: **JURY TRIAL – Jury Selection and Day 1**

8:52 a.m. Court in session. <u>Plaintiff, Irven Wade</u> and Counsel are present. General Counsel for <u>UMC, Defendant, as represented by James Conway and Susan Pitz</u>  are present with Counsel. The Court addresses preliminary matters and calls for the prospective jurors to report to the courtroom.

9:14 a.m. Thirty-one (31) prospective jurors called forward and sworn as to Voir Dire. Juror number 13 <u>excused for cause</u>.  Voir Dire Commenced.  The following jurors were <u>excused for cause</u> during brief sidebar conferences: 2, 17, 15, 20 and 11.

10:12 a.m. Court in recess.

10:27 a.m. Court in session; Counsel present with 25 prospective jurors. Counsel and the Court at sidebar, with selected prospective jurors1, 18, 3, 4, 6, 8, 9, 10, 21, 16, 19, 22 called forward individually for Voir Dire; Juror 21 to be excused for cause.

11:03 a.m. <u>Peremptory challenges</u> by counsel while prospective jurors excused for break.

Wade v UMC
2:18-cv-01927-RFB-EJY
**Jury Trial**

11:20 a.m. Prospective jurors returned to the gallery, and the nine chosen jurors for this case, were called forward and sworn. Jury members admonished and released for lunch.  Counsel instructed to return at 12:15 p.m.

11:32 a.m. Court in Recess.

12:26 p.m. Court in session; Same parties in attendance outside the presence of the Jury, CEO of Defendant UMC, Mason Van Houweling, joined Defendant's table. The Court and counsel reviewed the Court schedule, Pre-Opening Instructions, and other pretrial matters.

12:46 p.m. Jury Members returned to the Courtroom and given Pre-Opening Instruction.

1:03 p.m. Opening Statement by Plaintiff's counsel, Reyna Lubin.

1:10 p.m. Opening Statement by Defendant's counsel Andrew Green.

1:12 p.m. Sidebar

1:15 p.m. Jury Excused from the courtroom; the Court instructed Defense to share the slideshow with the Plaintiff and discuss potential objections.

1:19 p.m. Court in recess.

1:46 p.m. Court in session. Jury members returned to the Courtroom.

1:50 pm.  Opening Statement Continued by Defendant's counsel Andrew Green.

2:08 p.m. – Stipulations as to fact read into the record by Plaintiff's counsel.  Stipulated Plaintiff's 1, 2-A, and 3 are stipulated to and admitted as evidence. .

2:13 p.m.  Irven Wade, Plaintiff, called forward and sworn; Direct Examination of Mr Wade by Mr Hommel.

2:55 p.m. Jury members excused from the courtroom and directed to **return to court on 10/03/2023 at 8:00 a.m.**
The Court and parties discussed pretrial matters and scheduling. Counsel's submissions, as instructed by the court, are due by 12:00 pm, tomorrow, 10/03/2023.

3:13 p.m. Court in Recess. Jury Trial Day 2 to reconvene on 10/3/2024 at 7:30 a.m.

                                               **DEBRA K. KEMPI, CLERK**
                                                   **U.S. DISTRICT COURT**

                                               **BY:** *Darci Smith*
                                               Darci Smith, Deputy Clerk