AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Irven Wade

         Plaintiff,

v.

University Medical Center of Southern Nevada

         Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01927-RFB-EJY

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the Plaintiff in the amount of $50,600 and against the Defendant.

10/6/2023
Date

DEBRA K. KEMPI
Clerk

/s/ S. Rivera
Deputy Clerk