

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRVEN WADE,<br><br>                              Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA et al.,<br><br>                              Defendant. | Case No. 2:18-cv-1927-RFB-EJY<br><br>**VERDICT FORM** |

1. Has the plaintiff proved by a preponderance of the evidence, that UMC violated the Patient Protection and Affordable Care Act with regard to its provision of services and treatment to Mr. Wade?

    Yes: ✓   No: _____

    If you answer No to this question, you do not need to proceed to the remaining questions. If you answer Yes, please proceed to Question 2.

2. If you find by a preponderance that UMC violated the Patient Protection and Affordable Care Act with regard to its provision of services and treatment to plaintiff, do you find by a preponderance that UMC violated the Patient Protection and Affordable Care Act with deliberate indifference?

   Yes: ✓    No: _____

   If you answer No to this question then Mr. Wade will be awarded nominal damages in the amount of $1. If you answer Yes to the question, please procced to Question 3.

3. If you answered "Yes" to both of the above questions, what is the amount of compensatory and expectation damages that plaintiff suffered as a result of defendant's conduct.

   $ 50,600

We, the jury, unanimously answered the preceding questions according to our deliberations this 5 day of OCTOBER, 2023.