# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Irven Wade | AMENDED |
| | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:23-cv-01437-JAD-NJK |
| University Medical Center of Southern Nevada | |
| Defendant. | |

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is given in favor of Irven Wade and against University Medical Center of Southern Nevada for his damages in the amount of FIFTY THOUSAND SIX HUNDRED DOLLARS ($50,600); and

Judgment is also given in favor of Irven Wade and against University Medical Center of Southern Nevada for his attorney fees and costs in the amount TWO HUNDRED FIFTY-FOUR THOUSAND FOUR HUNDRED DOLLARS ($254,400).

| | |
|---|---|
| 12/04/2023 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Zamora |
| | Deputy Clerk |